# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

CAROL J. SMITH,

    Plaintiff,

v.                                                               Case No: 6:16-cv-853-Orl-18GJK

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.

## ORDER

This cause concerns Plaintiff Carol J. Smith's appeal from a decision of the Commissioner of the Social Security Administration (the "Commissioner") denying her application for Social Security Disability benefits (Doc. 1). On April 18, 2017, the United States Magistrate Judge issued a report and recommendation (the "Report and Recommendation") recommending that the Commissioner's final decision be reversed (Doc. 19). The Court reviewed the Report and Recommendation, and there being no objections, hereby **ORDERS** and **ADJUGES** that the Report and Recommendation (Doc. 19) is **APPROVED and ADOPTED** and is made part of this Order for all purposes, including appellate review. The Commissioner's final decision in this case is **REVERSED** and the case is **REMANDED** to the Social Security Administration for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g). The Clerk of Court is directed to enter judgment in favor of Plaintiff Carol J. Smith and to **CLOSE** the case.

**DONE** and **ORDERED** in Orlando, Florida, this \_\_\_17\_\_\_ day of May, 2017.

                                                                      G. KENDALL SHARP
                                                                      SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record, Unrepresented Party