UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CAROL J. SMITH,
        Plaintiff,

v.                                Case No: 6:16-cv-853-Orl-18GJK

COMMISSIONER OF SOCIAL SECURITY,
        Defendant.

## ORDER

This case was referred to the United States Magistrate Judge for a report and recommendation on the unopposed Motion for Award of Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) (Doc. 22) filed on August 21, 2017. The Court having reviewed the Report and Recommendation (Doc. 24), and there being no objections filed, hereby

**ORDERS** and **ADJUDGES** as follows:

1. The Report and Recommendation (Doc. 24) is **APPROVED** and **ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. The Motion for Award of Attorney Fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) is **GRANTED in part** and **DENIED in part** as follows:

    a) Plaintiff Carol J. Smith is awarded fees in the amount of $5,566.71.

    b) Otherwise, the Motion is denied.

3. The Clerk of Court is directed to **ENTER JUDGMENT** for attorney fees in the amount of $5,566.71 in Plaintiff Carol J. Smith's favor.

**DONE** and **ORDERED** in Orlando, Florida, this 28 day of September, 2017.

                                              G. KENDALL SHARP
                                              SENIOR UNITED STATES DISTRICT JUDGE

Copies to: Counsel of Record

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                  Case No: 6:17-cv-1050-Orl-18KRS

WALTER J. SNELL,

    Defendant.

_____

## ORDER

On September 25, 2017 the Plaintiff filed a Notice of Dismissal (Doc. No. 8). Accordingly, pursuant to Fed.R.Civ.P. 41(a), it is

**ORDERED** that this cause is **DISMISSED** without prejudice. The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, this ___28___ day of September, 2017.

                                                            G. KENDALL SHARP
                                          SENIOR UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record